# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 17, 2020

160843-4

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

DEPARTMENT OF LICENSING AND
REGULATORY AFFAIRS/UNEMPLOYMENT
INSURANCE AGENCY,
       Appellee,

v

FRANK LUCENTE,
       Claimant-Appellant,

and

DART PROPERTIES II, LLC,
       Employer-Appellee.

_____/

SC: 160843
COA: 342080
Macomb CC: 2017-000125-AE

DEPARTMENT OF LICENSING AND
REGULATORY AFFAIRS/UNEMPLOYMENT
INSURANCE AGENCY,
       Appellee,

v

MICHAEL HERZOG,
       Claimant-Appellant,

and

CUSTOM FORM, INC.,
       Employer-Appellee.

_____/

SC: 160844
COA: 345074
Wayne CC: 18-003162-AE

On order of the Court, the application for leave to appeal the October 15, 2019 judgment of the Court of Appeals is considered, and it is GRANTED. The time allowed for oral argument shall be 20 minutes for each side. MCR 7.314(B)(1).

The parties shall address whether the Court of Appeals erred in its analysis of §§ 32, 32a, and 62 of the Michigan Employment Security Act of 1936 (MESA), MCL 421.1 *et seq.*, when it held that: (1) the Unemployment Insurance Agency is not required to comply with the time requirements set forth in § 32a when seeking to recoup payment of fraudulently obtained benefits under § 62 of the Act; and (2) the label that the agency used on its decisions was not determinative of its ability to seek to recoup improperly obtained benefits.

Persons or groups interested in the determination of the issues presented in this case may move the Court for permission to file briefs amicus curiae.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 17, 2020



Clerk

p0610